FILED

MAY 0 4 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | 4:22CR 0218 |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 21, United States Code, |
| MICHAEL BENNETT, | ) | Section 841(a)(1), (b)(1)(C), and |
| | ) | 846 |
| Defendant. | ) | JUDGE RUIZ |

MAG. JUDGE GREENBERG

COUNT 1
(Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance,
21 U.S.C. §§ 846)

The United States Attorney charges:

1. In or around October 2020 and continuing to in or about November 2020, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL BENNETT did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown, to possess with intent to distribute and to distribute a mixture and substance containing a detectible amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

COUNT 2
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney further charges:

2. On or about October 29, 2020, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL BENNETT did knowingly and intentionally distribute a mixture and substance containing a detectible amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE

The United States Attorney further charges:

3. The allegations contained in Counts 1-2 of this Information are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853. As a result of these offenses, Defendant MICHAEL BENNETT shall forfeit to the United States: any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such offenses; and any and all of his property used - or intended to be used - in any manner or part, to commit or to facilitate the commission of such offenses; including, but not limited to, the following:

a.) $94,364.00 U.S. Currency seized from MICHAEL BENNETT on November 18, 2020, at a location on Sandpiper Trail, S.E., Warren, Ohio.

MICHELLE M. BAEPPLER
Acting United States Attorney

By: _____
DAVID M. TOEPFER
Deputy Chief, Criminal Division