# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:22-cr-00218 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| MICHAEL BENNETT, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jonathan D. Greenberg regarding the change of plea hearing of Defendant Michael Bennett which was referred to the Magistrate Judge with the consent of the parties.

On May 4, 2022, the Government filed a two count Information, charging Defendant Michael Bennett in two counts, with Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance; and Distribution of Fentanyl, in violation of Title 21 U.S.C. §§ 846; and 21 U.S.C.§§ 841(a)(1) and (b)(1)(C).  Defendant Michael Bennett was arraigned on May 10, 2022, before Magistrate Judge Jonathan D. Greenberg, and entered a plea of guilty to Count 1 and 2 of the Information.  On May 10, 2022, Magistrate Judge Greenberg issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Michael Bennett is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Michael Bennett is adjudged guilty of Count 1 and 2 of the Information, Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance; and Distribution of Fentanyl, in violation of Title 21 U.S.C. §§ 846 and 21 U.S.C.§§ 841(a)(1) and (b)(1)(C). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on August 18, 2022, at 11:00 a.m. either via Zoom or in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     6/21/2022
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE